# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ashley Ehrmantraut, | NO. CV-23-01739-PHX-SMB |
| Plaintiff, | |
| v. | JUDGMENT OF DISMISSAL IN A CIVIL CASE |
| Safeway Incorporated, | |
| Defendant. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed April 30, 2024, final judgment of dismissal is entered, and the complaint and action are dismissed consistent with the Court's Order.

Debra D. Lucas<br>
District Court Executive/Clerk of Court

April 30, 2024

By  s/ D. Draper
    Deputy Clerk